IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01927-KLM

BILLY JACKSON, JR.,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.

---

## FINAL JUDGMENT

---

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Kristen L. Mix on October 31, 2014, incorporated herein by reference, it is

    ORDERED that the decision of the Commissioner is AFFIRMED.  It is

    FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Carolyn W. Colvin and against Plaintiff, Billy Jackson, Jr.  It is

    FURTHER ORDERED that each party shall bear its own costs and attorney's fees.

    DATED at Denver, Colorado this 31st day of October, 2014.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/Stacy Libid
Stacy Libid, Deputy Clerk